IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA MARIE RIVERS, | ) | 1:06-CV-01422-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK'S OFFICE TO SEND REGULAR CIVIL IFP APPLICATION TO PLAINTIFF |
| vs. | ) | |
| OFFICER HULKABEE, et al., | ) | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED IFP APPLICATION PAY $350.00 FILING FEE IN FULL OR WITHIN THIRTY DAYS |
| Defendants. | ) | |

Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff is no longer in custody and must complete and file a regular civil application to proceed in forma pauperis.[1] Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis or to pay the $350.00 filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff a regular civil in forma pauperis application form;

---

[1] Plaintiff's in forma pauperis application by a prisoner was incomplete, but given that plaintiff is no longer in custody, those deficiencies are not relevant.

1

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall either file a completed application to proceed in forma pauperis or pay the $350.00 filing fee for this action; and

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     November 9, 2006**                         **/s/ Sandra M. Snyder**
i0d3h8                                                  UNITED STATES MAGISTRATE JUDGE

2