IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MARIE RIVERS, | 1:06-CV-01422-OWW-SMS-P |
| Plaintiff, | |
| vs. | ORDER DENYING REQUEST TO BE SERVED AT DIFFERENT ADDRESS (Doc. 13) |
| OFFICER HULKABEE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. 1983. On January 24, 2007, plaintiff submitted a notice of change of address to the Court. In the notice, plaintiff requested that the Court change her address to a private street address, despite the fact that plaintiff remains in custody at a correctional facility.[1]

There is no Federal Rule of Civil Procedure or Local Rule concerning the service of Court and other legal documentation at an address other than a pro se litigant's actual address. Local Rule 7-131, Local Rule 83-182(d), and Local Rule 83-183(b) require pro se litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses. There is no authority for the proposition that a pro se litigant can simply request the Court to serve her at a different address.

There may be special circumstances in which the Court could serve a pro se litigant at a separate address. However, hundreds of pro se litigants who currently have cases pending before this Court are

---

[1] Public records of the California Department of Corrections and Rehabilitation on January 29, 2007, showed plaintiff in custody at Valley State Prison for Women in Chowchilla, California.

1

1  similarly situated as plaintiff.  Unexpected or frequent transfer alone is insufficient to warrant service
2  at a location other than the pro se litigant's place of incarceration.   Moreover, service at a location other
3  than plaintiff's place of incarceration can pose significant problems with ensuring that plaintiff receives
4  all court documentation, meets court deadlines, and prepares and signs all of her own legal
5  documentation as a party proceeding in pro se.

6  Plaintiff is cautioned that pro se litigants are required to notify the Clerk and all other parties of
7  any change of address, and absent such notice, service of documents at the prior address of the party
8  shall be fully effective.  See Local Rule 83-182(d).

9  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to be served at a private address
10 outside her place of incarceration is DENIED.

12 IT IS SO ORDERED.

13 **Dated:     January 30, 2007**            **/s/ Sandra M. Snyder**
   i0d3h8                                    UNITED STATES MAGISTRATE JUDGE

2